UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:08CV-589-H

MICHAEL ALLEN McCARTHY                                                    PLAINTIFF

V.

MHS TECHNICAL SERVICES, INC., et al.                                    DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Defendants, Ellen Mouser, Perry Cornell, Pat Morris and Randy Spellman, have moved this Court for summary judgment. The Sixth Circuit has long held that individual employees are not liable under Title VII of the Civil Rights Act of 1964. *Wathen v. General Electric Company*, 115 F.3d 400 (6th Cir. 1997). The proper defendant is the corporation, in this instance MHS Technical Services, Inc.

Defendants have also moved for sanctions which the Court will deny at this time. However, Plaintiff has an obligation to appear for his deposition. The Court is ordering him to do so as scheduled by Defendants. If Plaintiff does not appear for his deposition, the Court will dismiss his case.

The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion for summary judgment is SUSTAINED and all claims of Plaintiff alleging liability of Ellen Mouser, Perry Cornell, Pat Morris and Randy Spellman, are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendant's motion for sanctions is DENIED at this

time.

IT IS FURTHER ORDERED that on or before March 19, 2010, Plaintiff shall appear for a deposition at a time and place reasonably designated by Defendants' counsel. Failure to appear will result in dismissal of this case.

cc: Michael Allen McCarthy, Pro Se
 Counsel of Record